| UNITED STATES DISTRICT COURT | MAGISTRATE JUDGE'S MINUTES |
|---|---|
| DISTRICT OF ARIZONA - YUMA | |

DATE: 02/03/2014  CASE NUMBER: 14-60587MP

USA vs. Sukhvir Singh
U.S. MAGISTRATE JUDGE: MAGISTRATE JAMES F. METCALF   Judge #: 70BV
ASSIGNED U.S. Attorney: Louis C Uhl
INTERPRETER REQ'D: N/A
Attorney for Defendant: Brenda Michelle Acosta Sandoval (FPD)

PROCEEDINGS: [X] Initial Appearance
DEFENDANT: [ ] PRESENT [X] CUSTODY

[X] Defendant States true name to be Same
[X] Petty Offense [X] Date of Arrest 02/01/2014

Other: Brenda Michelle Acosta Sandoval (FPD) is the appointed attorney of record for defendant. Defendant's presence is waived. Defendant speaks Punjabi. At defense counsel request and no objection by the Government, IT IS ORDERED, this matter is continued to 2/4/2014 at 1:30 p.m. before Magistrate Judge James Metcalf.

Recorded by Courtsmart
By: Jocelyn Arviso  Status: 2
Deputy Clerk